OSCAR CASTILLO
MODERN NOTORIETY INC.
6723 N. Maplewood Ave.
Chicago, IL 60645
Phone: 773-426-5090
Email: wreckinkickz@gmail.com

Pro Se

```
                              FILED
                     CLERK, U.S. DISTRICT COURT

                         May 19, 2021

                  CENTRAL DISTRICT OF CALIFORNIA
                  BY:    CMJ          DEPUTY
```

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CV 21-3318-RSWL (PDx)

| | |
|---|---|
| BACKGRID USA, INC. | MOTION, MEMORANDUM, AND SUPPORTING DECLARATION FOR DISMISSAL UNDER RULE 12(b)(1) DUE TO LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE UNDER FRCP 12(b)(2) AND 12(b)(3) |
| Plaintiff | |
| v. | |
| OSCAR CASTILLO, and MODERN NOTORIETY INC. | |
| Defendants | |

Defendants Oscar Castillo and Modern Notoriety Inc. (collectively "Defendants") ask this Court to dismiss the Complaint because they are not subject to personal jurisdiction in the state of California and venue is improper in California. The Complaint relies on false and unsupported assumptions, speculations, and "information and belief" about the Defendants and Defendants' operations. In contrast, the true and correct facts are detailed below and are supported by the sworn declaration which is an integral part of this document and set forth herein.

I. **The True, Correct, and Controlling Facts and Details**

  A. **Lack of Contacts With California**

  1. I am Oscar Castillo, a 33 year old male citizen of the United States and full-time resident of 6723 N. Maplewood Ave., Chicago, IL 60645.

  2. Modern Notoriety Inc. d/b/a "Modern-Notoriety.com" is a website that I personally own and operate. I also run Modern Notoriety's Instagram and Twitter accounts.

    Other than myself, Modern Notoriety has no other paid employees, agents, or representatives, but there is one guy who lives in Chicago and occasionally helps me on a volunteer basis by writing blog posts etc. The activities described Complaint are not related to anything this guy has ever done for me.

3. Modern-Notoriety.com provides information about athletic shoes.

4. None of the products shown in any of the photographs referenced in the Complaint were ever or are now available for purchase through the Modern-Notoriety.com website or the Defendants.

5. Information posted on Modern-Notoriety.com or my Instagram and Twitter accounts is not in any way geo-targeted to California. Indeed, the information posted on Modern-Notoriety.com or my Instagram and Twitter accounts is not targeted to any geographic location, including but not limited to California.

6. Insofar as Defendants make any sales of any products, such sales are the result of third parties independently initiating and accessing the Modern-Notoriety.com website in Chicago in the same way that any person anywhere in the world can access a website.

7. Insofar as Defendants obtain any revenue from any activity of Modern-Notoriety.com or my Instagram and Twitter accounts such revenue is the result of third parties independently initiating and accessing the Modern-Notoriety.com website located in Chicago, in the same way that any person located anywhere in the world can access a website.

8. Defendants do not have any financial accounts, businesses or business activity, leases, phones, property, or other presence in the State of California.

9. Other than occasional vacation travel, Defendants have never even been in the State of California. Specifically, the last time I visited in California was in February 2021 on

      vacation to visit friends. I have never been to California in connection with my website and/or work.

10.   I created and use my website, Instagram account, and Twitter account while acting from my home in Chicago. Although Instagram and Twitter are headquartered in California, the servers handling their traffic from Chicago may be located outside California. For example, as reported in December 2020, Twitter is using Amazon Web Servers to implement its service. See https://itbrief.com.au/story/twitter-chooses-aws-to-provide-its-global-cloud-infrastructure. Instagram is believed to similarly provide its services through other companies and servers located outside California.

### B. The Seven Photographs Discussed in the Complaint

11. I did not copy from Plaintiff Backgrid any of the seven (7) pictures discussed in the Complaint. Backgrid must know this because I do not have any account or other registration for the Backgrid website. I have never accessed the Backgrid website. Indeed, I had never heard of Backgrid and did not know Backgrid existed until I was contacted by them in connection with this situation.

12. Of the 7 disputed pictures posted on Modern-Notoriety.com, I obtained these pictures from Instagram pages of other people (i.e. other than Backgrid), who were represented as the proper source of those pictures, and I properly referenced those sources in my reposting.

13. As to those 7 pictures:
    a. Two came from a Venezuelan blogger named Andres (see Exhibit A);
    b. Two came from a UK-based Drake fan page, "Drake Direct" (see Exhibit B); and
    c. The rest came from the blog of a person located in New York (see Exhibit C).

14. At no point in time did any of the 7 pictures posted on my website make any sort of reference to buying the pictured product(s) on my website.

15. At no point in time did any of the 7 pictures posted on my website make any sort of reference to buying the pictured product(s) anywhere.

16. At no point in time did my website sell or offer for sale any of the products depicted in the 7 pictures posted on my website.

C. **Fair Use**

17. As explained above, the pictures posted on my website/Twitter were not used to make sales of any product. Indeed, I have not, did not, and am not even selling the products depicted in the pictures.

18. Rather, the pictures seemed to show aspects of general interest that supplemented other articles and information.

19. The purpose and character of the use of these photos were strictly to deliver news. This use is noncommercial and transformative because the posts were about sneakers, which is entirely different from Backgrid's use of the photos.

20. I deleted the 7 pictures from my website/Twitter promptly Backgrid notified me that it asserted ownership of those 7 pictures.

21. Use of these photos is fair use and in no way diminishes or subtracts from Backgrid's rights or entitlements.

22. Insofar as use of these photos is deemed _**not**_ to be fair use, (a conclusion which I dispute) the use is de minimis and should not consume the time and resources of this Court or the parties.

D. **Declaration Statement**

23. I declare under penalty of perjury of the laws of the United States that the foregoing information is true and correct to the best of my knowledge and belief.



OSCAR CASTILLO
MODERN NOTORIETY INC.

Sworn to before me this 19 day of May, 2021

Official Seal
Mohamed Ahmed Elghouneimy
Notary Public State of Illinois
My Commission Expires 12/07/2021

Notary Public

II. **Motion to Dismiss for Lack of Personal Jurisdiction**

For the reasons stated above, this case should be dismissed because me and my company do not have the minimum contacts with California required to establish personal jurisdiction over us. Other than occasional visits and vacations – all of which were for personal, nonprofessional reasons – I have never been to California for business or done business in California. My actions in relation to the 7 pictures mentioned in the Complaint were actions conducted in relation to persons in Venezuela, the United Kingdom, and New York, while I remained in Illinois

III. **Motion to Dismiss for Lack of Venue**

For the reasons stated above, this case should be dismissed because the venue is not proper in this California Court. I have never had any contact or connection to Backgrid, or its website, or any information contained on any files or servers under Backgrid's possession, custody or control. Since I have never been in California in connection with any business activities, and do not have minimum contacts with California, and since my actions in relation to the 7 picture described in the Complaint took place in Illinois and/or Venezuela, Great Britain, and/or New York – but not in California – this Court lacks venue to hear this case,

IV. **This Case Should be Dismissed as a De Minimis Action of Harassment**

As stated above, me and my company have never sold or offered to sell any of the products depicted in the 7 pictures described in the Complaint. Also as stated above, I found the 7 pictures on Instagram pages of other persons – not connected with Backgrid – who were represented as the correct source of those pictures. Further, as stated above, I took down and removed my posts of those pictures as soon as I learned that Backgrid claimed to be the true copyright owner of those pictures. The Court should recognize the true nature of this case, and handle it accordingly.

V. **CONCLUSION**

Defendants submit that this case should be dismissed due to lack of personal jurisdiction, lack of venue, and because the case does not warrant consuming this Court's limited resources.

Dated May /9, 2021

Respectfully Submitted,

_____
OSCAR CASTILLO
MODERN NOTORIETY INC.
6723 N. Maplewood Ave.
Chicago, IL 60645
Phone: 773-426-5090
Email: wreckinkickz@gmail.com

Pro Se

Certificate of Service

I confirm that a copy of this document was mailed today to Backgrid's attorneys at the address on the first page of the Complaint.

_____
Oscar Castillo



EXHIBIT B

Tweet

**Drake Direct**
@DrakeDirect_

Drake rocking the Adidas UltraBoost 4.0 this weekend 👀



🏷 Drizzy and adidas

11:17 PM · 4/2/18 · Twitter for iPhone

**20** Retweets  **101** Likes

Tweet your reply

---

**Drake Direct**
@DrakeDirect_

Drake Fan Account 🎵

🔗 drakerelated.com  📅 Joined August 2015

**27.8K** Following  **28K** Followers

Tweets | Tweets & replies | Media | Likes

Follow

# Kanye West Reveals New adidas Yeezy Boost 700 Wave Runner Style In White





EXHIBIT C

OSCAR CASTILLO
MODERN NOTORIETY INC.
6723 N. Maplewood Ave.
Chicago, IL 60645
Phone: 773-426-5090
Email: wreckinkickz@gmail.com

Pro Se

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BACKGRID USA, INC.<br><br>        Plaintiff<br><br>v.<br><br>OSCAR CASTILLO, and<br>MODERN NOTORIETY INC.<br><br>        Defendants | Defendant's Certificate of Corporate interest for Modern Notariety Inc. |

Defendants confirm that Modern Notoriety Inc. is not a publicly held company and no portion of Modern Notariety Inc. is owned by any publicly held company.

Dated May 16, 2021          Respectfully Submitted,

*[signature]*

OSCAR CASTILLO
MODERN NOTORIETY INC.
6723 N. Maplewood Ave.
Chicago, IL 60645
Phone: 773-426-5090
Email: wreckinkickz@gmail.com

Pro Se

Certificate of Service

1

NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

ATTORNEY(S) FOR:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| Plaintiff(s),<br>v. | |
| Defendant(s) | **CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Oscar Carillo_
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

**PARTY**                                        **CONNECTION / INTEREST**

_5/18/21_

Date

_[signature]_

Signature

Attorney of record for (or name of party appearing in pro per):

CV-30 (05/13)                    NOTICE OF INTERESTED PARTIES

I confirm that a copy of this document was mailed today to Backgrid's attorneys at the address on the first page of the Complaint.

_____
Oscar Castillo

UPS 2nd Day Air®

**Apply shipping documents on this side.**

Do not use this envelope for:

UPS Ground
UPS Standard
UPS 3 Day Select®
UPS Worldwide Expedited®

Visit **theupsstore.com** to learn more about our Print & Business Services.

theupsstore.com to find a location near you.

---

**Shipping Label:**

SHIP TO:
DEPUTY CLERK, EDWIN SAMBRANO
CENTRAL DISTRICT OF CALIFORNIA
350 W 1ST ST
LOS ANGELES CA 90012-4536

FROM:
CASTILLO OSCAR
(773) 426-5090
APT1
6723 N MAPLEWOOD
CHICAGO IL 60645

SHP WT: 1 LTR
DATE: 18 MAY 2021
0.4 LBS LTR 1 OF 1

UPS NEXT DAY AIR
TRACKING #: 1Z Y50 2X3 01 3344 0186

BILLING: P/P

RECEIVED
CLERK, U.S. DISTRICT COURT
MAY 19 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

Serving you for more than 100 years
United Parcel Service.

0188025070911/18 United Parcel Service

RSWL