UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| BACKGRID USA, INC., a California corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>MODERN NOTORIETY INC., an Illinois corporation; OSCAR CASTILLO, an individual; and DOES 1-10, inclusive,<br><br>    Defendants. | CV 21-03318-RSWL-PDx<br><br>**ORDER STRIKING MOTION, MEMORANDUM, AND SUPPORTING DECLARATION FOR DISMISSAL UNDER RULE 12(b)(1) DUE TO LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE UNDER FRCP 12(b)(2) AND 12(b)(3) AS TO DEFENDANT MODERN NOTORIETY INC.** [17] |
|---|---|

    Plaintiff Backgrid USA, Inc. ("Plaintiff") initiated this Action for copyright infringement against Defendants Modern Notoriety Inc. ("Corporate Defendant") and Oscar Castillo ("Defendant Castillo") (collectively, "Defendants") on April 16, 2021.

    The Court is in receipt of Defendants' Motion, Memorandum, and Support Declaration for Dismissal Under Rule 12(b)(1) Due to Lack of Personal Jurisdiction and

1

Improper Venue Under FRCP 12(b)(2) and 12(b)(3) (the "Motion") [17], filed May 19, 2021.  The caption indicates Defendants' intent to appear *pro se*, and no attorney has entered an appearance for either Corporate Defendant or Defendant Castillo.

    Although Defendant Castillo may elect to appear *pro se*, Corporate Defendant cannot.  <u>See</u> L.R. 83-2.2.2 ("Only individuals may represent themselves *pro se*.  No organization or entity of any other kind (including corporations, limited liability corporations, partnerships, limited liability partnerships, unincorporated associations, trusts) may appear in any action or proceeding unless represented by an attorney permitted to practice before this Court under L.R. 83-2.1.").  Nor may Defendant Castillo represent Corporate Defendant.  <u>See</u> L.R. 83-2.1.1.1 ("Except as provided in L.R. 83-2.1.3, 83-2.1.4, 83-2.1.5, and 83-4.5, L.Bankr.R. 8, J.P.M.L. R. 2.1(c), and F.R.Civ.P. 45(f), an appearance before the Court on behalf of another person, an organization, or a class may be made only by members of the Bar of this Court, as defined in L.R. 83-2.1.2.").  The record does not suggest that Defendant Castillo is a licensed attorney in any jurisdiction.  Accordingly, Defendant Castillo may not file the Motion on behalf of Corporate Defendant.  Defendant Castillo may represent only himself and may file documents only on his own behalf.

///

1 | Because Corporate Defendant cannot appear *pro se*, the Court **STRIKES** the Motion as to Corporate Defendant. By contrast, because Defendant Castillo may appear *pro se*, the Motion stands filed as to Defendant Castillo. The Court notes, however, that the Motion was not noticed for hearing before the Court.  Accordingly, the Court sets a hearing on Defendant Castillo's Motion for **July 6, 2021, at 10:00 a.m.,** with Plaintiff's Opposition due **June 15, 2021,** and Defendant Castillo's Reply due **June 22, 2021.**

**IT IS SO ORDERED.**

DATED: June 4, 2021         /s/ Ronald S.W. Lew
                            **HONORABLE RONALD S.W. LEW**
                            Senior U.S. District Judge