UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**  JS-6

| Case No. | CV21-3381-RSWL(PDx) | Date | January 25, 2022 |
|---|---|---|---|
| Title | *BACKGRID USA, INC. v. MODERN NOTORIETY, INC.; ET AL.* | | |

| Present: The Honorable | RONALD S.W. LEW, UNITED STATES SENIOR DISTRICT JUDGE |
|---|---|

| Catherine M. Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) - NOTICE OF DISMISSAL (Filed January 25, 2022)[27]

The Court is in receipt of plaintiff's Voluntary Notice of Dismissal Without Prejudice[27] filed January 25, 2022, and terms defendant Modern Notoriety, Inc. without prejudice. The Court having granted previously granted a motion to dismiss[23], defendant Oscar Castillos was dismissed from the case. There being no other defendants, the Court hereby orders the above-referenced matter closed.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |